**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7183**

_____

ANTHONY JESUS SANDERS,

        Plaintiff - Appellant,

     v.

STATE OF VIRGINIA; CHRISTOPHER W. HUTTON, Judge; JOHN F. HAUGH, Commonwealth's Attorney; PAUL F. FERRARA, System Director; SHELLY S. SMITH, Forensic Scientist; MIRIAM S. VANTY, Virginia Department of Correction,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge. (1:12-cv-00400-CMH-TRJ)

_____

Submitted:  November 20, 2012     Decided:  November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Jesus Sanders, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jesus Sanders appeals the district court's order denying relief without prejudice on his action filed under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Virginia, No. 1:12-cv-00400-CMH-TRJ (E.D. Va. filed June 19, 2012; entered June 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED